AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| JOHN BP DOE BY AND THROUGH HIS GUARDIAN AD LITEM, EMELIA ADORNO MENDOZA; GIOVANI PASTRANA; IVAN PASTRANA; EMELIA ADORNO MENDOZA <br> *Plaintiff(s)* <br> v. <br> COUNTY OF ORANGE; BRIAN MURRAY; JOSE TORRES; and DOES 1 TO 25, INCLUSIVE <br> *Defendant(s)* | Civil Action No. 8:20-cv-00462-DOC-KES |

**SUMMONS IN A CIVIL ACTION ON THIRD AMENDED COMPLAINT**

To: *(Defendant's name and address)*  
Brian Murray  
Orange County Sheriff's Department  
320 North Flower Street  
Santa Ana, CA 92703  

Jose Torres  
Orange County Sheriff's Department  
320 North Flower Street  
Santa Ana, CA 92703  

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MESSRELIAN LAW INC/Law offices of Sevag Nigoghosian  
500 North Central Ave., Suite 840  
Glendale, California 91203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: February 3, 2021

*J. De Busse*

*Signature of Clerk or Deputy Clerk*